948 A.2d 157

IN THE MATTER OF GORDON N. GEMMA, AN ATTORNEY AT LAW.

May 30, 2008.

**ORDER**

The Disciplinary Review Board having filed with the Court its decision in DRB 07–282, concluding that **GORDON N. GEMMA** of **OCEANPORT,** who was admitted to the bar of this State in 1985, should be reprimanded for violating *RPC* 1.15(a) (negligent misappropriation), *Rule* 1:21–6(c) and (d) and *RPC* 1.14(d) (record-keeping violations);

And the Court having determined from its review of the matter that the appropriate quantum of discipline is an admonition;

And good cause appearing;

It is ORDERED that **GORDON N. GEMMA** is hereby admonished; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.